# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PALMA,<br><br>                     Petitioner,<br><br>vs.<br><br><br>MATTHEW CATE, Secretary,<br><br>                     Respondent. | Civil No.        11-1684 PCL<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to Rule 11 of the Rules following 28 U.S.C. § 2254, which was amended effective December 1, 2009, a district court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A state prisoner may not appeal the denial of a section 2254 habeas petition unless he obtains a certificate of appealability from a district or circuit judge. 28 U.S.C. § 2253(c)(1)(A); see also United States v. Asrar, 116 F.3d 1268, 1269-70 (9th Cir. 1997) (holding that district courts retain authority to issue certificates of appealability under AEDPA). A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this threshold showing, petitioner must show that: (1) the issues are debatable among jurists of reason, (2) that a court could resolve the issues in a different manner, or (3) that the questions are adequate to deserve encouragement to proceed further. Lambright v. Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000) (citing Slack v. McDaniel, 529 U.S. 473 (2000)).

This Court must decide whether to grant petitioner a certificate of appealability because denial of the instant petition constitutes a "final order adverse to the applicant." Based on this Court's review

1  of the report, this Court finds that no issues are debatable among jurists of reason. This Court further
2  finds that no issues could be resolved in a different manner. Lastly, this Court finds that no questions
3  are adequate to deserve encouragement to proceed further. Accordingly, this Court DENIES petitioner
4  a certificate of appealability.

5  **IT IS SO ORDERED.**

6  DATED: <u>April 4, 2012</u>

Peter C. Lewis
U.S. Magistrate Judge
United States District Court